(Official Form 1) (10/05)

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### NORTHERN DIVISION

**Voluntary Petition**

| | |
|---|---|
| **Name of Debtor** (if Individual, enter Last, First, Middle): <br> Los Osos Community Services District | **Name of Joint Debtor** (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (If more than one, state all): <br> 77-0504518 | Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (If more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State): <br> 2122 9th Street <br> Los Osos, CA <br> ZIPCODE 93402 | Street Address of Joint Debtor (No. & Street, City, and State): <br> ZIPCODE |
| County of Residence or of the Principal Place of Business: <br> San Luis Obispo | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (If different from street address): <br> P.O. Box 6064 <br> Los Osos, CA <br> ZIPCODE 93412 | Mailing Address of Joint Debtor (If different from street address): <br> ZIPCODE |
| Location of Principal Assets of Business Debtor (If different from street address above): <br> ZIPCODE | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (Includes Joint Debtors)
- [ ] Corporation (Includes LLC and LLP)
- [ ] Partnership
- [x] Other (If debtor is not one of the above entities, check this box and provide the information requested below.)
  State type of entity: **Municipality**

**Nature of Business** (Check all applicable boxes.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Nonprofit Organization qualified under 15 U.S.C. § 501(c)(3)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 11
- [x] Chapter 9
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Consumer/Non-Business
- [x] Business

**Chapter 11 Debtors** Check one box:
- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million.

**Filing Fee** (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Statistical/Administrative Information**
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**THIS SPACE IS FOR COURT USE ONLY**

FILED
AUG 25 2006
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

**Estimated Number of Creditors**
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] |

**Estimated Debts**
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2005 (Build 7.5.0.8, ID 1506114642)

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): Los Osos Community Services District |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years**    (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: <br> None | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**    (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: <br> None | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** <br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. <br> I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code. <br><br> X_____ <br>                                                      Date |
|---|---|
| **Exhibit C** <br> Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety? <br><br> ☐ Yes, and Exhibit C is attached and made a part of this petition. <br> ☑ No | **Certification Concerning Debt Counseling by Individual/Joint Debtor(s)** <br><br> ☐ I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition. <br> ☐ I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances. (Must attach certification describing.) |

**Information Regarding the Debtor (Check the Applicable Boxes)**
**Venue** (Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding (in a federal or state court) in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
*Check all applicable boxes.*

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)
     Name of landlord that obtained judgment:
     Address of landlord:

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor(s): **Los Osos Community Services District**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by § 342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____

X _____

_____
Telephone Number (If not represented by an attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to § 1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

### Signature of Attorney

X *[signed]* Jay L. Michaelson    Bar No. 39774

Michaelson Susi and Michaelson
7 West Figueroa Street
Second Floor
Santa Barbara, CA 93101-3191

Phone No. (805) 965-1011    Fax No. (805) 965-7351

Date: 8-25-06

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address
X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both (11 U.S.C. § 110; 18 U.S.C. § 156).

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**Los Osos Community Services District**

X *[signed]* Lisa Schicker
Lisa Schicker
Printed Name of Authorized Individual
**President**
Title of Authorized Individual
August 24, 2006
Date

## DECLARATION OF LISA SCHICKER

I, Lisa Schicker, declare as follows:

I am the duly elected President of the Los Osos Community Services District Board (the "Board"). In that capacity it is my duty to conduct all meetings of the Board in accord with applicable provisions of California law, including the Ralph M. Brown Act (Government Code §§ 54950 *et seq.*)

The Board consists of five elected members including myself. Currently, the remaining four members are John Fouche, Vice President; and Julie Tacker, Chuck Cesena, and Steven Senet, Directors. The Board has full responsibility and authority to conduct the business of the Los Osos Community Services District (the "District").

In accord with the legal duties imposed on me as President of the Board, I attended and presided at the closed session meeting of the Board held on August 17, 2006. Item B(1) on the closed session agenda involved consultation with legal counsel pursuant to the provisions of Government Code § 54946.9(c) with regard to one matter of possible initiation of litigation by the Board. The specific matter under consideration was potential initiation of a Chapter 9 Bankruptcy Proceeding.

After extensive discussion with legal counsel and among the members of the Board, a motion was made by Director ___Schicker___, and seconded by Director ___Cesena___ that the District immediately proceed with the filing of a petition for Chapter 9 bankruptcy protection. The motion was approved by a unanimous vote of all members of the Board and authorization was given to engage the firm of Michaelson, Susi & Michaelson, a Professional Corporation, to proceed as directed. The Board further authorized the President, Lisa Schicker, to execute any and all documents in connection with the Chapter 9 filing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of August, 2006, at Los Osos, California.

_____
LISA SCHICKER

## STATEMENT OF RELATED CASES

### INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2

### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   NONE

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   N/A

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   N/A

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   N/A

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at Los Osos                           , California.

Dated August 24, 2006

_/s/ Lisa Schicker_
Debtor
Lisa Schicker, President Los Osos Community Services District

Joint Debtor

Form 4
(10/05)

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
NORTHERN DIVISION

IN RE: Los Osos Community Services District                    CASE NO

                                                               CHAPTER  9

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this Chapter 11 [or Chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| Stephen R Onstot Esq<br>Burke Williams & Sorensen LP<br>444 S Flower Street Suite 2400<br>Los Angeles, CA 90071 | | Legal fees | | $287,098.88 |
| Citizens Affordable Safe Environment<br>Attention Al Barrow<br>700 El Morro<br>Los Osos, CA 93402 | | Settlement | | $212,337.68 |
| Ripley Pacific Company<br>5820 Stoneridge Mall Road Ste 100<br>Pleasanton, CA 94588-3275 | | Engineering services | | $116,909.80 |
| WRA & Associates<br>PO Box 84616<br>San Diego, CA 92138 | | Services | | $93,567.18 |
| Premium Assignment Corp<br>PO Box 3066<br>Tallahassee, FL 32315-3066 | | Services | | $70,660.60 |
| Willdan<br>374 Poli Street Suite 101<br>Ventura, CA 93001-2605 | | Management services | | $48,906.14 |

Form 4
(10/05)

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## NORTHERN DIVISION

IN RE:   Los Osos Community Services District                              CASE NO

CHAPTER  9

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
*Continuation Sheet No. 1*

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| Raminha Construction<br>6805 Sycamore Road<br>Atascadero, CA  93422 | | Construction services | | $37,417.00 |
| Wallace Group<br>4115 Broad Street #B-5<br>San Luis Obispo, CA  93401 | | Engineering services | | $23,955.64 |
| Van Blarcom Leibold McClendon & Mann<br>23422 Mill Creek Drive Suite 105<br>Laguna Hills, CA  92653 | | Services | | $23,515.39 |
| Penfield & Smith<br>PO Box 98<br>Santa Barbara, CA  93102 | | Services | | $14,943.04 |
| PG&E<br>Box 997300<br>Sacramento, CA  95899-7300 | | Utilities | | $14,160.09 |
| Cleath & Associates<br>1390 Oceanaire Drive<br>San Luis Obispo, CA  93405 | | Services | | $5,188.73 |
| Shipsey & Seitz<br>PO Box 953<br>San Luis Obispo, CA  93406 | | Services | | $4,306.50 |

Form 4
(10/05)

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## NORTHERN DIVISION

IN RE:  Los Osos Community Services District

CASE NO

CHAPTER  9

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
*Continuation Sheet No. 2*

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim (if secured, also state value of security) |
|---|---|---|---|---|
| Platinum Plus for Business<br>PO Box 15469<br>Wilmington, DE 19886-5469 | | Miscellaneous purchases | | $4,071.01 |
| Select Business Systems<br>550 W Locust Avenue<br>Fresno, CA 93650 | | Services | | $2,000.00 |
| Software Optimization Specialists<br>PO Box 189<br>Nipomo, CA 93444 | | Software | | $1,760.00 |
| SLO County Public Works<br>County Government Center<br>Room 207<br>San Luis Obispo, CA 93408 | | Services | | $1,144.00 |
| State Water Resources Control Board<br>PO Box 1888<br>Sacramento, CA 95812-1888 | | SErvices | | $872.00 |
| Poor Richards Press<br>PO Box 5909<br>Santa Maria, CA 93456 | | Printing services | | $807.59 |
| San Luis Mailing Service<br>281 Pacific Street<br>San Luis Obispo, CA 93401-4201 | | Mailing services | | $666.43 |

Form 4
(10/05)

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## NORTHERN DIVISION

IN RE:  Los Osos Community Services District            CASE NO

CHAPTER   9

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____President_____ of the Los Osos Community Services District named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: August 24, 2006            Signature: /s/ Lisa Schicker
                                            Lisa Schicker
                                            President

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## NORTHERN DIVISION

IN RE:  Los Osos Community Services District                CASE NO

                                                            CHAPTER  9

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _August 24, 2006_                 Signature _Lisa Schicker_
                                                 *Lisa Schicker*
                                                 *President*

Date _____           Signature _____

Barnard Construction Company Inc
PO Box 99
701 Gold Avenue
Bozeman, MT 59771

Citizens Affordable Safe Environment
Attention Al Barrow
700 El Morro
Los Osos, CA 93402

Cleath & Associates
1390 Oceanaire Drive
San Luis Obispo, CA 93405

Concerned Citizens of Los Osos
Attention Keith Swanson
541 Ramona Avenue
Los Osos, CA 93402

Bill Lockyer Atty General
1300 I Street
PO Box 944255
Sacramento, CA 94244-2550

Michael G Long
Watt Tieder Hoffar & Fitzgerald LLP
2040 Main Street Suite 300
Irvine, CA 92614

William H McInerney
McInerney & Dillon PC
1999 Harrison Street Suite 1700
Oakland, CA 94612-4700

Monterey Mechanical
8275 San Leandro Street
Oakland, CA 94621

Montgomery Watson Harza Americas Inc
3321 Power Inn Road Suite 300
Sacramento, CA  95826


Oasis Equipment Rental
540 Atascadero Road
Morro Bay, CA  93442


Stephen R Onstot Esq
Burke Williams & Sorensen LP
444 S Flower Street Suite 2400
Los Angeles, CA  90071


Penfield & Smith
PO Box 98
Santa Barbara, CA  93102


PG&E
Box 997300
Sacramento, CA  95899-7300


Platinum Plus for Business
PO Box 15469
Wilmington, DE  19886-5469


Poor Richards Press
PO Box 5909
Santa Maria, CA  93456


Premium Assignment Corp
PO Box 3066
Tallahassee, FL  32315-3066

Raminha Construction
6805 Sycamore Road
Atascadero, CA 93422


Ripley Pacific Company
5820 Stoneridge Mall Road Ste 100
Pleasanton, CA 94588-3275


San Luis Mailing Service
281 Pacific Street
San Luis Obispo, CA 93401-4201


Select Business Systems
550 W Locust Avenue
Fresno, CA 93650


Shipsey & Seitz
PO Box 953
San Luis Obispo, CA 93406


SLO Co Building & Planning
711 Lovr
Los Osos, CA 93402


SLO County Public Works
County Government Center
Room 207
San Luis Obispo, CA 93408


Software Optimization Specialists
PO Box 189
Nipomo, CA 93444

State Water Resources Control Board
PO Box 1888
Sacramento, CA 95812-1888


Tutt Tree & Crane Service
PO Box 6039
Los Osos, CA 93412


Van Blarcom Leibold McClendon & Mann
23422 Mill Creek Drive Suite 105
Laguna Hills, CA 92653


Wallace Group
4115 Broad Street #B-5
San Luis Obispo, CA 93401


Whitaker Contractors, Inc.
PO Box 910
Santa Margarita, CA 93453


Willdan
374 Poli Street Suite 101
Ventura, CA 93001-2605


WRA & Associates
PO Box 84616
San Diego, CA 92138