1    MICHAELSON, SUSI & MICHAELSON          (SPACE BELOW FOR FILING STAMP ONLY)
     A Professional Corporation
2         ATTORNEYS AT LAW
     SEVEN WEST FIGUEROA STREET, SECOND FLOOR
3       SANTA BARBARA, CALIFORNIA 93101-3191
          Telephone:  (805) 965-1011
4           Facsimile:   (805) 965-7351

     Jay L. Michaelson, Bar No. 39774
5

6    Attorneys for Debtor Los Osos Community Services District

7

8                 UNITED STATES BANKRUPTCY COURT

9         CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION

10

11   In re                          )   BK No. ND 06-10548-RR
                                     )
12   LOS OSOS COMMUNITY SERVICES     )   Chapter 9
     DISTRICT,                       )
13                                   )
                    Debtor.          )   SCHEDULE OF ASSETS A AND B
14                                   )
                                     )
15                                   )
                                     )
16                                   )   No Hearing
                                     )
17                                   )
                                     )
18   _____)

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

In re  **Los Osos Community Services District**                                          Case No.  **ND 06-10548-RR**
                                                                                                      (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Unimproved real property -- 4 parcels Four contiguous parcels of unimproved real property located at 1441 Santa Ysabel Avenue, Los Osos, in the County of San Luis Obispo, State of California. These parcels were acquired by the District in December 2004 for a total price of $155,000 as a harvest well and pump station for a wastewater project. APN's 038-172-028, 038-172-029, 038-172-030, and 038-172-031. | Fee | | Unknown | $0.00 |
| Unimproved real property -- Paso Robles & 18th A 12,000 square-foot parcel of unimproved real property located at the southwest corner of Paso Robles and 18th Street, Los Osos, in the County of San Luis Obispo, State of California. This parcel was acquired by the District in January 2003 for a total price of $50,000 as a harvest well and pump station for a wastewater project. APN 038-721-034 | Fee | | Unknown | $0.00 |
| Improved real property -- 1316 16th Street A 21,875 square-foot parcel of real property located at 1316 16th Street, Los Osos, in the County of San Luis Obispo, State of California. This property was transferred by the County of San Luis Obispo to the District in 1999. The water tanks located on the property are part of the District's fresh water delivery system. APN 038-251-027 | Fee | | Unknown | $0.00 |
| Improved real property -- 1327 Third Street A 5,850 square-foot parcel of real property located at 1327 Third Street, Los Osos, in the County of San Luis Obispo, State of California. This property was transferred by the County of San Luis Obispo to the District in 1999. There is a well site on the property which is part of the District's fresh water delivery system. APN 038-262-008 | Fee | | Unknown | $0.00 |
| Improved real property -- 8th St. and El Moro | Fee | | Unknown | $0.00 |

In re  **Los Osos Community Services District**                    Case No.  **ND 06-10548-RR**
                                                                                  (If known)

## SCHEDULE A - REAL PROPERTY

*Continuation Sheet No. 1*

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Three contiguous parcels of real property, each containing 3,125 square feet at the southeast corner of 8th Street and El Moro, Los Osos, in the County of San Luis Obispo, State of California. Two of the parcels were transferred by the County of San Luis Obispo to the District in 1999 and one of the parcels was acquired by the District in 2001 for $150,000.  The office for the fresh water delivery system and station yard are located on one of the properties.  APN 038-291-039. | | | | |
| Unimproved real property -- 1936 12th Street A 3,125 square-foot parcel of unimproved real property located at 1936 12th Street, Los Osos, in the County of San Luis Obispo, State of California. This property was transferred from the County of San Luis Obispo to the District in 1999.  There is an abandoned well on the property. APN 038-641-004 | Fee | | Unknown | $0.00 |
| Improved real property -- 10th and Los Olivos Two parcels of real property each consisting of 3,125 square feet located at the southwest corner of 10th Street and Los Olivos, Los Osos, in the County of San Luis Obispo, State of California.  This property was transferred from the County of San Luis Obispo to the District in 1999.  One parcel is unimproved and there is a water tank on the other parcel.  APN's 038-672-029 and 038-672-030. | Fee | | Unknown | $0.00 |
| Unimproved real property -- Broderson Two contiguous parcels of unimproved real property consisting of 80 acres at the southerly terminus of Broderson Avenue, Los Osos, in the County of San Luis Obispo, State of California.  This property was acquired by the District in January 2002 for $4,650,000.  The land was acquired for wastewater leach lines and environmental mitigation. APN's 074-022-073 and 074-022-074. | Fee | | Unknown | $0.00 |

In re  **Los Osos Community Services District**                                    Case No.   **ND 06-10548-RR**
                                                                                                        (if known)

## SCHEDULE A - REAL PROPERTY

*Continuation Sheet No. 2*

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Unimproved real property -- Pecho Valley Rd. A 102,510 square-foot parcel of unimproved real property located east of Pecho Valley Road and north of Madera Street, Los Osos, in the County of San Luis Obispo, State of California. This property was transferred from the County of San Luis Obispo to the District in 1999. This property is utilized as the Cabrillo Estates drainage basin. APN 074-025-013. | Fee | | Unknown | $0.00 |
| Unimproved real property -- Pecho Valley Rd. A parcel of unimproved real property on Pecho Valley Road, Los Osos, in the County of San Luis Obispo, State of California. This property was transferred from the County of San Luis Obispo to the District in 1999. This property is the location of the Vista Del Oro septic tank. APN 074-042-001. | Fee | | Unknown | $0.00 |
| Unimproved real property -- 590 Loma Road A 6,600 square-foot parcel of unimproved real property located at 590 Loma Road, Los Osos, in the County of San Luis Obispo, State of California. This property was acquired in 2002 for $101,070. This property was acquired for wastewater project leach fields. APN 074-111-028. | Fee | | Unknown | $0.00 |
| Unimproved real property -- Lupine and Donna A 4,895 square-foot parcel of unimproved real property at the southwest corner of Lupine and Donna, Los Osos, in the County of San Luis Obispo, State of California. This property was acquired in 2003 for $166,648. This property was acquired for a wastewater project harvest well site. APN 074-141-003, | Fee | | Unknown | $0.00 |
| Unimproved real property -- 501 Highland An unimproved parcel of real property located at 501 | Fee | | Unknown | $0.00 |

In re  **Los Osos Community Services District**                    Case No.  __ND 06-10548-RR__
                                                                              (If known)

# SCHEDULE A - REAL PROPERTY

*Continuation Sheet No. 3*

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Highland (Baywood Investments), Los Osos, in the County of San Luis Obispo, State of California. This property was acquired by the District in 2004 for $171,550. This property was acquired as a water tank site. APN 074-213-001. | | | | |
| Unimproved real property – 1701 LOVR A 4,871 square-foot parcel of unimproved real property located at 1701 Los Osos Valley Road, Los Osos, in the County of San Luis Obispo, State of California. This property was acquired in 2003 for $36,864. This property was acquired for a wastewater project lift station. APN 074-224-021 | Fee | | Unknown | $0.00 |
| Unimproved real property – Tri-W Approximately 11 acres of unimproved real property located at the northwest corner of Los Osos Valley Road and Palisades, Los Osos, in the County of San Luis Obispo, State of California, commonly referred to as the Tri-W site. This property was acquired in 2003 for $3,009,895. It was acquired for a wastewater project treatment facility. APN 074-229-017. | Fee | | Unknown | $0.00 |
| Unimproved real property -- Ferrell & 7th Street This is a 44,080 square-foot parcel of unimproved real property located between Ferrell Avenue and 7th Street, south of Nipomo Avenue and north of Santa Ysabel Avenue, Los Osos, in the County of San Luis Obispo, State of California. This property was transferred from the County of San Luis Obispo to the District in 1999. There is a well site and community garden located on this property. APN 074-251-006. | Fee | | Unknown | $0.00 |
| Improved real property -- 2315 Bayview Heights Two contiguous parcels of improved real property located at 2315 Bayview Heights Drive, Los Osos, | Fee | | Unknown | $0.00 |

In re  **Los Osos Community Services District**

Case No.   **ND 06-10548-RR**

(if known)

## SCHEDULE A - REAL PROPERTY

*Continuation Sheet No. 4*

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| in the County of San Luis Obispo, State of California. This property was transferred from the County of San Luis Obispo to the District in 1999. The District's fire station is located on these properties. APN's 074-331-021 and 074-331-022. | | | | |
| Unimproved real property -- Green Oaks A 1,886 square-foot parcel of unimproved real property located on Green Oaks, Los Osos, in the County of San Luis Obispo, State of California. This property was transferred from the County of San Luis Obispo to the District in 1999. This is a drainage basin for Bayridge Estates. APN 074-491-031. | Fee | | Unknown | $0.00 |
| Unimproved real property -- South Bay Blvd. A 22,090 square-foot parcel of unimproved real property located on South Bay Boulevard, Los Osos, in the County of San Luis Obispo, State of California. This property was transferred from the County of San Luis Obispo to the District in 1999. This is a drainage basin for Bayridge Estates. APN 074-491-032. | Fee | | Unknown | $0.00 |
| Unimproved real property -- Bay Oaks Drive A 40,950 square-foot parcel of unimproved real property located on the north side of Bay Oaks Drive immediately east of 1220 Bay Oaks Drive, Los Osos, in the County of San Luis Obispo, State of California. This property was transferred from the County of San Luis Obispo to the District in 1999. This property is the site of the Bayridge Estates septic tank. APN 074-491-033. | Fee | | Unknown | $0.00 |
| Unimproved real property -- Las Encinas Two parcels of unimproved real property totaling 27,668 square feet located east of Las Encinas, west of Tierra Drive, north of Bay Oaks Drive, Los | Fee | | Unknown | $0.00 |

In re  **Los Osos Community Services District**                     Case No.   **ND 06-10548-RR**
                                                                                      (if known)

# SCHEDULE A - REAL PROPERTY

*Continuation Sheet No. 5*

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest In Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Osos, in the County of San Luis Obispo, State of California.  This property was transferred from the County of San Luis Obispo to the District in 1999.  These properties are Oakridge Bayridge Estates septic easements.  APN's 074-492-057 and 074-492-058. | | | | |
| Unimproved real property -- East Tierra Basin Three contiguous parcels of unimproved real property totaling 55,537 square feet located east of the Tierra Drive terminus, north of Las Encinas, and south of Tierra Drive, Los Osos, in the County of San Luis Obispo, State of California.  These properties were transferred from the County of San Luis Obispo to the District in 1999.  These properties, known as the East Tierra Basin, serve as wastewater leach fields and drainage basin.  APN's 074-511-013, 074-511-014, and 074-511-015. | Fee | | Unknown | $0.00 |
| Easement Wastewater easement on parcel 074-263-038 | Easement | | $0.00 | $0.00 |
| Easement Stand-by power easement on Parcel No. 074-263-039 | Easement | | $0.00 | $0.00 |

                                                          Total:        $0.00
                                                    (Report also on Summary of Schedules)

In re  **Los Osos Community Services District**                      Case No.  **ND 06-10548-RR**
                                                                               (if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Petty cash | | $1,450.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | LOCSD Waste water project account No. 61 00 5330 3 04 at Mid-State Bank & Trust, 75 Santa Rosa Street, San Luis Obispo, California 93405 | | $1,386,696.37 |
| | | LOCSD Water Quality Trust Fund Account No. 61 00 5331 3 04 at Mid-State Bank & Trust, 75 Santa Rosa Street, San Luis Obispo, California 93405 | | $380,216.45 |
| | | Whitaker Escrow Account No. 20267380-11 at Mid-State Bank & Trust, 1001 Los Osos Valley Road, Los Osos, California 93402. | | $230,963.99 |
| | | Fire Public Facility Fee Account No. 20223847-21 at Mid-State Bank & Trust, 1001 Los Osos Valley Road, Los Osos, California 93402. | | $44,670.36 |
| | | Waste Water Project #2 Account No. 20264454-12 at Mid-State Bank & Trust, 1001 Los Osos Valley Road, Los Osos, California 93402. | | $100.00 |
| | | Pre-Assessment Checking Account No. 20223847-04 at Mid-State Bank & Trust, 1001 Los Osos Valley Road, Los Osos, California 93402. | | $75,000.00 |
| | | Pre-Assessment Mutual Fund Account No. 98000000-31 at Mid-State Bank & Trust, 1001 Los Osos Valley Road, Los Osos, California 93402. | | $257,725.94 |
| | | Post-Assessment Checking Account No. 20223847-06 at Mid-State Bank & Trust, 1001 Los Osos Valley Road, Los Osos, California 93402. | | $10,000.00 |
| | | Operations Checking Account No. 20223847-01 at Mid-State Bank & Trust, 1001 Los Osos Valley Road, Los Osos, California 93402. | | $592,366.19 |

In re  **Los Osos Community Services District**                    Case No.    **ND 06-10548-RR**

                                                                        (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| | | Payroll Account No. 20223847-02 at Mid-State Bank & Trust, 1001 Los Osos Valley Road, Los Osos, California 93402. | $0.00 |
| | | Cafeteria Plan Account No. 20223847-03 at Mid-State Bank & Trust, 1001 Los Osos Valley Road, Los Osos, California 93402. | $8,533.21 |
| | | Low Income Assistance Program Account No. 20244038-22 at Mid-State Bank & Trust, 1001 Los Osos Valley Road, Los Osos, California 93402. | $1,345.97 |
| | | Parks & Recreation Fund Account No. 20223847-05 at Mid-State Bank & Trust, 1001 Los Osos Valley Road, Los Osos, California 93402. | $515.00 |
| | | Water Quality Trust Fund Account No. 20264446-11 at Mid-State Bank & Trust, 1001 Los Osos Valley Road, Los Osos, California 93402. | $1,333.97 |
| | | Post-Assessment Mutual Fund Account No. 98000000-41 at Mid-State Bank & Trust, 1001 Los Osos Valley Road, Los Osos, California 93402. | $71,563.95 |
| | | Clean Up Committee Account No. 20240954-11 at Mid-State Bank & Trust, 1001 Los Osos Valley Road, Los Osos, California 93402. | $1,130.31 |
| | | Garden/Landscape Savings Account No. 20223847-22 at Mid-State Bank & Trust, 1001 Los Osos Valley Road, Los Osos, California 93402. | $2,192.55 |
| | | Waste Water Project Checking Account No. 20264454-11 at Mid-State Bank & Trust, 1001 Los Osos Valley Road, Los Osos, California 93402. | $519,919.85 |
| | | Barnard Construction Escrow Account #21999, Acct. No. | $86,343.34 |

In re  **Los Osos Community Services District**                    Case No.  **ND 06-10548-RR**

                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*  •

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 9140041995 at Union Bank of California, P.O. Box 513840, Los Angeles, California 90051-3840 | | |
| | | Local Agency Investment Fund Account No. 16-40-010 at Mid-State Bank & Trust, P.O. Box 942809, Sacramento, California 94209-001 | | $328,601.12 |
| | | Los Osos CSD AD 1 2002 Payment Account No. 210380 at The Bank of New York Trust Co., 700 South Flower Street, Suite 500, Los Angeles, California 90017-4104. | | $28,999.24 |
| | | Los Osos CSD AD 1 2002 Reserve Custody Account No. 210381 at The Bank of New York Trust Co., 700 South Flower Street, Suite 500, Los Angeles, California 90017-4104. | • | $1,157,686.32 |
| | | Cash held by fiscal agent, CA Infrastructure and Economic Development Bank, 1001 I Street 19th Floor Sacramento, CA  95814.  These funds represent loan proceeds which are under the control of the lender and made available to the District as the District incurs qualified expenses. | | $4,940,915.55 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |

In re  **Los Osos Community Services District**                              Case No.    **ND 06-10548-RR**
                                                                                                                            (if known)

## SCHEDULE B - PERSONAL PROPERTY

Continuation Sheet No. 3

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 7. Furs and jewelry. | X | | |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | |
| 10. Annuities.  Itemize and name each issuer. | X | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | |
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | X | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | |
| 16. Accounts receivable. | | Accounts receivable | $149,762.36 |

In re **Los Osos Community Services District**          Case No.   **ND 06-10548-RR**

(If known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | A claim against the State Water Resources Control Board for breach of State Revolving Fund Loan Agreement in failing to pay for work performed on wastewater project. | Unknown |
| | | A claim against Montgomery Watson Harza for false claims, breach of contract and negligence. | Unknown |
| | | A claim against Monterey Mechanical, Barnard Construction and Whitaker Contractors, Inc. for breach of contract and contract interference. | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | |

In re  **Los Osos Community Services District**                    Case No.  **ND 06-10548-RR**

                                                                           (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 5*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | PEG Access License | $0.00 |
| | | Solid Waste Franchise | $0.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | [SEE ATTACHED RIDER B-25] | Unknown |
| 26. Boats, motors, and accessories. | X | | |
| 27. Aircraft and accessories. | X | | |
| 28. Office equipment, furnishings, and supplies. | X | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | |
| 30. Inventory. | X | | |
| 31. Animals. | X | | |
| 32. Crops - growing or harvested. Give particulars. | X | | |
| 33. Farming equipment and implements. | X | | |

In re  **Los Osos Community Services District**                    Case No.    **ND 06-10548-RR**
                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 6*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | | [SEE ATTACHED RIDER B-35] | | Unknown |
| | | | | |
| | | | Total > | $10,278,032.04 |

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

Sch. B, 25

a/o 8/24/06

# VEHICLES OWNED BY LOCSD

| UNIT | | MAKE | YEAR | MODEL | COST BASIS |
|---|---|---|---|---|---|
| **FIRE DEPARTMENT** | | | | | |
| | Command 5500 | Ford | 1998 | Expedition 4x4 | $ 40,000.00 |
| | Utility 15 | Ford | 2003 | F250 4x4 | $ 36,742.00 |
| | Medic Rescue 15 | Ford | 2004 | F550 4x4 | $ 98,000.00 |
| | Engine 215 | International | 2000 | 4900 4x4 | $ 425,000.00 |
| | Medic Engine 15 | Pierce | 1997 | Quantum | $ 196,956.00 |
| | Trench Trailer | Pace American | 2006 | Conquest | $ 33,218.00 |
| **UTILITIES** | | | | | |
| | Unit A | Ford | 2000 | F250 Super Duty | $ 30,003.00 |
| | Unit B | Ford | 1999 | F350 | $ 33,000.00 |
| | Unit C | Ford | 2000 | F450 XL Super Duty | $ 38,000.00 |
| | Unit D | Mazda | 1997 | B2300 SE | $ 7,009.00 |
| | Unit E | Ford | 1997 | Ranger XL | $ 7,009.00 |
| | Unit F | Ford | 2001 | F150 | $ 13,327.00 |
| | Unit G | Ford | 2003 | Explorer Sport Trac | $ 23,800.00 |
| | Unit H | Ford | 2004 | F150 | $ 14,950.00 |
| | Unit I | Chrysler | 2002 | Gem Long Utility | $ 5,000.00 |
| | Unit J | GMC | 1995 | PK | $ 4,105.00 |
| | Power Vac Trailer | Pacific Tek | 2004 | PV500 w/ Duetz & Honda | $ 37,536.00 |
| | Box Trailer | Diamond C Trailers | 2000 | 10' Utility | $ 5,000.00 |
| | Chipper | Vermeer | 2004 | BC1000XL | $ 27,000.00 |
| | Utility 5520 | Ford | 2003 | F250 4x4 | $ 38,384.00 |
| **ADMINISTRATION** | | | | | |
| | Administrative Vehicle | Chevrolet | 2001 | Impala | $ 19,968.00 |

**Los Osos Csd Personal Property**

Sch. B - 28 & 29

| FAS # | Description | Date | Vendor | Cost Basis |
|---|---|---|---|---|
| 000642 | TimeTrak Software | 06/27/2003 | Time Trak Sales & Service | 10,316.50 |
| 000653 | Mini excavator | 08/22/2003 | United Rentals | 37,085.00 |
| 000650 | Submersible Pump | 09/22/2003 | Flo Systems Inc | 8,116.68 |
| 000641 | FAS GOV Software | 03/01/2004 | Sage Software | 12,060.00 |
| 000645 | Abra Suite Payroll System | 04/20/2004 | Pacific Data Marketing | 21,886.56 |
| 000643 | MIP Implementation | 05/20/2004 | SummitWest Consulting Inc | 9,409.68 |
| 000644 | MIP Software Package | 05/20/2004 | Sage Software | 18,917.28 |
| 000652 | Channel 20 upgrade | 06/30/2004 | AGP Video | 15,160.00 |
| 000646 | 14 MSA SCBAs | 04/21/2005 | Mallory Fire | 74,069.55 |
| 000640 | Water Master Plan Program | 05/18/2005 | Wallace Group | 9,060.72 |
| 000633 | Portable Radios - Replacements | 06/14/2005 | Raine Inc., Applied Tech | 12,155.27 |
| 000636 | Renovate Restrooms - ADA Compliance | 06/14/2005 | RRM | 17,472.95 |
| 000352 | Sharp AR 405 Copier & Acessories | 10/25/1999 | Advanced Office | 10,076.11 |
| 000537 | MAS 90 Computer Program | 06/30/2000 | | 22,922.15 |
| 000451 | FAS Software | 07/18/2001 | RH Direct | 9,057.55 |
| 000272 | Pipe 8" VC | 07/19/1976 | SLO County | 7,179.00 |
| 000273 | Pipe 6" VC | 07/19/1976 | SLO County | 32,737.00 |
| 000274 | Laterals | 07/19/1976 | SLO County | 11,180.00 |
| 000283 | Septic Tanks | 07/19/1976 | SLO County | 15,696.00 |
| 000275 | Pipe, 6" VC | 05/08/1978 | SLO County | 19,800.00 |
| 000276 | Pipe 8" VC | 05/08/1978 | SLO County | 7,850.00 |
| 000277 | Laterals, 65, 4" VC | 05/18/1978 | SLO County | 12,000.00 |
| 000013 | Breathing Apparatus Units (12) P7206: | 04/01/1994 | SLO County | 14,084.95 |
| 000183 | 30 Turbo Ventilators | 04/16/1996 | SLO County | 18,556.06 |
| 000007 | Command Light | 05/28/1996 | SLO County | 6,305.78 |
| 000024 | Cardiac Defibrillator CSA9B | 12/01/1997 | SLO County | 5,280.04 |
| 000029 | Computer Server System | 12/01/1997 | SLO County | 11,188.65 |
| 000025 | Power Unit AMKUS XL GH2S | 02/27/1998 | SLO County | 5,220.41 |
| 000026 | Generator Onan35GGFA STANDBY | 06/06/1998 | SLO County | 15,763.47 |
| 000400 | Countertops for SBFD | 10/21/1999 | WPC | 5,475.50 |
| 000403 | wall, ramp | 12/03/1999 | Crozier Constr | 9,100.00 |
| 000404 | Cabinets | 12/23/1999 | Heritage Cabinets | 8,882.00 |
| 000405 | Cabinets, sink | 01/06/2000 | WPC | 6,697.00 |
| 000409 | Protective Clothing | 04/02/2000 | Fire Gear | 9,557.59 |
| 000561 | OPTICOM Traffic Sig Ctrlr Deposit | 04/06/2000 | SLOENGENEER | 5,600.00 |
| 000411 | 8pcs Portable Radios & Accessories | 04/20/2000 | Applied Technology | 5,720.09 |
| 000413 | Opticom Agreement | 04/20/2000 | SLO County | 5,600.00 |
| 000576 | Portable Radios | 05/04/2000 | Applied Technology | 5,720.09 |
| 000569 | Personal Protection Equip | 06/30/2000 | Firegear | 9,557.59 |
| 000419 | Storage | 08/24/2000 | Closets by Wetherick | 6,940.50 |

RIDER B-35

| | | | |
|---|---|---|---|
| 000424 | Paint Hose Rack | 07/17/2011 Fred'2Custom Painting | 5,535.00 |
| 000439 | COPIER/FAX/PRINTER Fire Office | 01/23/2003 MONTEREY BAY OFFICE | 9,051.90 |
| 000584 | Copier/Fax/Printer | 01/23/2003 Montbay | 9,051.90 |
| 000435 | FLOOR REPAIR Fire House | 05/20/2003 MALONEY | 9,800.00 |
| 000434 | DEP OPTICOM Sig Lt Change device | 06/26/2003 COUNTY SLO ENGR | 5,600.00 |
| 000556 | OPTICOM Traffic Sig Ctrlr Deposit | 06/26/2003 SLOENGENEER | 5,600.00 |
| 000303 | Sewer Mains | 05/22/1972 SLO County | 14,850.00 |
| 000304 | Laterals, 73 | 05/22/1972 SLO County | 6,022.00 |
| 000240 | Santa Ysabel Line | 02/01/1973 SLO County | 6,297.18 |
| 000243 | Trans & Distr System 1974-75 | 01/01/1975 SLO County | 9,158.34 |
| 000247 | 40AC Main 10" 16the St | 01/01/1976 SLO County | 32,330.44 |
| 000248 | 1PVC Mains 6" & 8" & Meters | 01/01/1976 SLO County | 16,652.22 |
| 000197 | Well - Ferrell St #2 | 01/01/1977 SLO County | 15,460.70 |
| 000213 | Pump (Sch Dist Contract) 196 | 01/01/1977 SLO County | 9,481.44 |
| 000249 | 42New Services 1976-77 | 01/01/1977 SLO County | 9,419.80 |
| 000263 | PVC Pipes 6" & 8" 1976-77 | 01/01/1977 SLO County | 11,028.93 |
| 000264 | AC Pipes 8" & 10" 1976-77 (RE Sch D | 01/01/1977 SLO County | 55,750.76 |
| 000251 | 41Mains 1977-78 | 01/01/1978 SLO County | 5,943.88 |
| 000252 | 41 Mains 1977-78 | 01/01/1978 SLO County | 8,664.63 |
| 000253 | 42New Services 1977-78 | 01/01/1978 SLO County | 10,138.71 |
| 000267 | PVC Pipe 6" 1977-78 | 01/01/1978 SLO County | 9,810.48 |
| 000254 | Water Line Replacement 1978-79 | 01/01/1979 SLO County | 49,701.52 |
| 000255 | 42New Services 1978-79 | 01/01/1979 SLO County | 35,522.23 |
| 000256 | 41Main Loop Replacement 1978-79 | 01/01/1979 SLO County | 14,167.31 |
| 000269 | AC Pipe 10", 8", 6" 1978-79 | 01/01/1979 SLO County | 16,347.61 |
| 000271 | New Services 1979-80 | 01/01/1980 SLO County | 9,430.85 |
| 000121 | New Services 1980-81 | 01/01/1981 SLO County | 18,340.25 |
| 000123 | 75' 6" Line 150' 8" Line 435' 10" Line | 01/01/1981 SLO County | 5,155.53 |
| 000128 | New Services 1981-82 | 01/01/1981 SLO County | 6,590.14 |
| 000129 | Water Line Improvement 1981-82 | 01/01/1982 SLO County | 18,760.52 |
| 000200 | New Well & Pipe Library | 01/01/1982 SLO County | 67,529.17 |
| 000132 | 42 New Services 1982 | 01/01/1983 SLO County | 8,755.18 |
| 000139 | Main Replacement 82-83 Cost | 01/01/1983 SLO County | 49,936.75 |
| 000201 | 1982-83 Library Well Cost | 01/01/1983 SLO County | 26,257.87 |
| 000140 | 42New Services 0983-84 | 01/01/1984 SLO County | 26,141.00 |
| 000149 | Main Replacement/Imp 1983-84 | 01/01/1984 SLO County | 9,428.92 |
| 000151 | Line Ex Nazarine Ch 1480 Santa Ysab | 12/01/1984 SLO County | 10,473.48 |
| 000150 | New Services 1984-85 | 01/01/1985 SLO County | 17,860.51 |
| 000154 | Main Replacement/System Improve.19 | 06/01/1985 SLO County | 187,378.83 |
| 000155 | New Services 1985-86 | 01/01/1986 SLO County | 8,598.46 |
| 000159 | New Services 1986-87 | 01/01/1987 SLO County | 13,991.46 |
| 000161 | Line Ext-English  Nipomo Near 13th | 01/01/1987 SLO County | 5,239.62 |
| 000163 | Main Replacement/System Improve 19 | 07/01/1987 SLO County | 150,668.55 |
| 000202 | 8th St. Well Replacement 1985-87 | 07/01/1987 SLO County | 72,492.35 |
| 000164 | New Services 1987-88 | 01/01/1988 SLO County | 12,371.68 |

| 000165 | Storage Tank @ 16th St & Santa Maria | | SLO County | 162,212.14 |
|--------|--------------------------------------|------------|--------------|------------|
| 000166 | Main Replacement/System Improv.198 | 07/01/1988 | SLO County | 9,033.03 |
| 000169 | Main Replacement/System Improv 098 | 07/01/1989 | SLO County | 12,898.35 |
| 000172 | Line Ex Benson - 1370 2nd St. | 04/30/1990 | SLO County | 5,222.57 |
| 000170 | Main Replacement/System Improv.198 | 07/01/1990 | SLO County | 206,750.82 |
| 000174 | Trans Line for Well P710123 | 06/01/1991 | SLO County | 38,187.08 |
| 000220 | Fe & Mn Filter Program P710121 | 07/01/1991 | SLO County | 70,246.93 |
| 000208 | Well & Appurtenances-10th Street | 03/01/1993 | SLO County | 183,824.46 |
| 000217 | Pump Facilities-10th Street Well | 03/01/1993 | SLO County | 68,092.39 |
| 000209 | Well & Appurtenances-South Bay Blv | 06/01/1993 | SLO County | 131,645.13 |
| 000218 | Pump Facilities-South Bay Blvd Well | 06/01/1993 | SLO County | 132,932.84 |
| 000372 | Water Meters-121 PCS | 01/10/2000 | Badger Meter | 5,439.22 |
| 000381 | Ladders for Water Tanks | 01/18/2001 | Wellsona Iron | 34,850.00 |
| 000464 | Safety Ladder #1 wtr tank, part pay | 02/07/2001 | Wellsonia Iron | 18,819.00 |
| 000465 | Safety Ladder #1 wtr tank, part pay | 03/08/2001 | Wellsonia Iron | 12,546.00 |
| 000498 | Well study and planning 8th st. | 06/13/2001 | Cleath/John Wallace | 14,680.86 |
| 000500 | Water Plans and studies | 06/30/2001 | John Wallace | 8,159.23 |
| 000473 | Well Pump | 09/11/2001 | Floyd Wells | 9,599.07 |
| 000474 | Scales | 09/11/2001 | Kerrick & Co. | 9,864.42 |
| 000397 | 250 Water Meters | 05/02/2002 | Badger Meter Co | 10,001.06 |
| 000615 | 2 Computer systems & licenses | 12/30/2002 | Larry Sullivan | 5,511.59 |
| 000510 | 8th St. Drn Proj | 01/19/2001 | Hertz/Ed's Excavating | 5,328.05 |
| 000524 | 8th St. Drn Proj | 03/08/2001 | Sea Pines | 10,742.30 |
| 000515 | Trench box & crossing plate rentals 8s | 06/30/2001 | United Rentals | 8,860.08 |
| 000433 | wemco e5k-lm-ekxa6 sub pump | 01/14/2002 | Flo Systems | 8,116.68 |

1    DECLARATION OF SERVICE

2    [U.S. Bankruptcy Court, Central District, Local Rule 7004-1(b)

3        CHERYL NICCOLI, the undersigned, hereby declares:

4        Declarant is a citizen of the United States and is employed
     by the law firm of Michaelson, Susi & Michaelson, a Professional
5    Corporation, Seven West Figueroa Street, Santa Barbara, CA 93101.
     Declarant is over the age of 18 years and is not a party to the
6    within action.

7        On the 4th day of June, 2007, at the direction of JAY L.
     MICHAELSON of said firm and a Member of the Bar of the United
8    States District Court for the Central District of California, I
     served the:

9

10   SCHEDULE OF ASSETS A AND B

11
     on the interested parties in this matter by:
12

13   (X) mailing, with postage thereon fully prepaid; ( ) personally
     delivering; ( ) sending via FAX transmission with confirmation of
14   transmittal by follow-up telephone call and transmit confirmation
     report to the individuals at the addresses and FAX numbers listed
15   below; or ( ) sending via overnight carrier, a true copy thereof,
     to said party at his, her, or their known address,
16   (X) electronically transmitting; to wit:

17

18                      -SEE ATTACHED LIST-

19

20

21
         I declare under penalty of perjury that the foregoing is
22   true and correct.

23       Executed at Santa Barbara, California, on the 4th day of
     June, 2007.

24

25                         _Cheryl Niccoli_
                          CHERYL NICCOLI, Declarant
26

27

28

## SERVICE LIST

Office of the U.S. Trustee
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367


Attorney for Creditors Committee

Michael Good, Esq.
South Bay Law Firm
23440 Hawthorne Blvd., Suite 270
Torrance, CA 90505
By e-mail mgood@southbaylawfirm.com

Requests for Special Notice

Jeremy V. Richards
Pachulski Stang Ziehl Young Jones
 & Weintraub LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067-4100

Adam A. Lewis, Esq.
Jeffrey M. Kayes, Est.
Morrison & Foerster LLP
425 Market Street
San Francisco, CA 94105-2482
By e-mail alewis@mofo.com

Kate Neiswender
PO Box 24617
Ventura, CA 93002

Barry S. Glaser, Esq.
Theodora Oringher Miller & Richman, P.C.
2029 Century Park East, Sixth Floor
Los Angeles, CA 90067-2907

James B. Lindholm, Jr., Esq.
R. Wyatt Cash, Esq.
Warren R. Jensen, Esq.
Office of County Counsel
County Government Center, Room 320
San Luis Obispo, CA 93408

Bill Lockyer, Attorney General
W. Dean Freeman, Deputy Atty. General
Bonnie Holcomb, Deputy Atty. General
300 South Spring Street, #1702
Los Angeles, CA 90013-1230

Paul F. Ready, Esq.
Farmer & Ready
PO Box 1443
San Luis Obispo, CA 93401

MWH Americas, Inc.
c/o David E. Pinch, Esq.
Severson & Werson, P.C.
One Embarcadero Center, Suite 2600
San Francisco, CA 94111

Christopher J. Duenow, Esq.
Cumberland, Coates & Duenow, LLP
550 Dana Street
San Luis Obispo, CA 93401

Lori T. Okun
Senior Staff Counsel
State Water Resources Control Board
P.O. Box 100
Sacramento, CA 95812-0100


Interested Parties

William S Abbey
Office of the Attorney General
300 South Spring Street Suite 500-N
Los Angeles, CA 90013-1230

LAFCO
1042 Pacific Street, Suite A
San Luis Obispo, CA 93401

Michael G Long Esq.
Watt Tieder Hoffar & Fitzgerald LLP
2040 Main Street Suite 300
Irvine, CA 92614

Michael Lauffer, Chief Counsel
State Water Resources Control Board
1001 I Street
Sacramento, CA 95814

Ed Lowry Esq.
California Attorney General's Office
PO Box 944255
Sacramento, CA 94244-2550

William H McInerney, Esq.
McInerney & Dillon PC
1999 Harrison Street Suite 1700
Oakland, CA 94612-4700

Burke Williams Sorensen LLP
Attention Julie Biggs, Esq.
444 Flower Street
Los Angeles, CA 90071